# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANNY DASHAUN DASHER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-48 |
| | * | |
| v. | * | |
| | * | |
| ROBERT EUNICE; TONYA CARTER; and | * | |
| THE APPLING COUNTY SHERIFF'S | * | |
| OFFICE, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 4 day of December, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)